**ORIGINAL**

RECVD '07 NOV 21 15:23 USDC-ORP

**Robert L. Aldisert**, OSB No. 94043
RAldisert@perkinscoie.com
**Stephanie K. Hines**, OSB No. 023273
SHines@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Plaintiff



FILED '07 NOV 28 16:03 USDC-ORP

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

CV '07 - 1735    HU

| | |
|---|---|
| BOYDSTUN METAL WORKS INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT B. COLEMAN, an individual,<br><br>Defendant. | No. _____<br><br>[~~PROPOSED~~] **TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>By Plaintiff<br><br>Pursuant to Fed. R. Civ. P. 65 |

THIS MATTER having come before the Court for hearing on Plaintiff's Motion for a Temporary Restraining Order; and the Court having considered the Complaint in this action, Plaintiff's Motion for a Temporary Restraining Order, and supporting papers ("Motion"), and arguments of counsel, the Court finds:

(a)   that Plaintiff has demonstrated that it is likely to prevail on the merits of its claims in this matter;

1- ORDER GRANTING TEMPORARY
    RESTRAINING ORDER

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

(b)    that Plaintiff will likely suffer irreparable harm if Defendant is not restrained on the terms set forth in this Order;

NOW, THEREFORE, it is hereby ORDERED as follows:

1.  Defendant Robert B. Coleman ("Coleman") is restrained from commencing or continuing employment, owning, consulting, advising, or working in any capacity with Precision Services of Jacksonville, Inc. or any other company doing business servicing, manufacturing, or selling auto hauler trailers in the United States.  Coleman is restrained from or engaging in any line of business in the United States that is the same as or competes with Boydstun.

2.  Defendant Coleman is temporarily restrained from communicating with persons whom Coleman knows or reasonably should know to be current employees of Boydstun. Defendant is further restrained from soliciting or employing any past or present employee of Boydstun to work for Precision Services of Jacksonville, Inc. or any other company doing business servicing, manufacturing, or selling auto hauler trailers in the United States.

3.  Defendant Coleman is temporarily restrained from calling upon, soliciting, diverting, accepting business from existing, past, and potential customers of Boydstun and the business referred to as Robbie's Welding, Repair and Fabrication Boydstun purchased from Defendant. *The parties shall participate in a telephone status conference with the Court on*

4.  ~~Defendant shall appear before this Court on~~ 12/14/ , 2007, at 10:00 a.m., *Pacific Time* ~~before The Honorable~~ _____, ~~for a hearing on Boydstun's motion for preliminary injunction, and then and there show cause, if any there be, why a preliminary injunction should not issue against Defendant.~~

5.  The parties, to the extent necessary and practicable, shall engage and cooperate in expedited discovery, including depositions and the production of documents and things, in preparation for the preliminary injunction show cause hearing described immediately above.

2- ORDER GRANTING TEMPORARY
   RESTRAINING ORDER

17462-0025/LEGAL13742307.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax:   503.727.2222

6. Plaintiff's preliminary injunction papers, to the extent not already served on counsel for Defendant, shall be filed with the Court and served on counsel for Defendant not later than 4:00 p.m. on _____, 2007.

7. Defendant's answering papers, if any, shall be filed with the Court and served on counsel for Plaintiff not later than 4:00 p.m. on _____, 2007.

8. Plaintiff's reply papers, if any, shall be filed with the Court and served on counsel for Defendant not later than 4:00 p.m. on _____, 2007.

9. This temporary restraining order shall ~~be effective until a ruling by the Court on~~ remain in effect until further order of this Court. ~~Boydstun's motion for preliminary injunction, or on the tenth day following entry by the Court, unless extended by the Court or by stipulation of the parties.~~

10. Boydstun shall promptly post a bond of $ 10,000.00 with the Clerk of the Court.

DATED this 28th day of November, 2007 at 1:50 p.m. o'clock __.m.

_____
UNITED STATES DISTRICT JUDGE


Presented by:

**PERKINS COIE LLP**

By_____
 **Robert L. Aldisert**, OSB No. 94043
 **Stephanie K. Hines**, OSB No. 02327
 Phone: 503-727-2000
Attorneys for Plaintiff

   RESTRAINING ORDER

17462-0025/LEGAL13742307.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222